AO91 (Rev. 12/03)   Criminal Complaint                                                                                                   AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Rafael Edgardo LINO  
A094 108 438  El Salvador

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-489

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **January 15, 2019** in **Cameron** County, in the **Southern District Of Texas** defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 15, 2019. The defendant is a citizen of El Salvador who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on January 15, 2019 thus avoiding immigration inspection.

Defendant had $245 USD in his possession at the time of arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Villarreal Iii, Ernesto  Border Patrol Agent  
Signature of Complainant

Villarreal Iii, Ernesto   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 17, 2019                                                          at   Brownsville, Texas  
Date                                                                                  City/State

Ronald Morgan                U.S. Magistrate Judge  
Name of Judge                  Title of Judge                                Signature of Judge